# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESIDENTIAL HEALTHCARE CREDIT CORPORATION, a Georgia corporation, Plaintiff,<br>v.<br>WHITE RABBIT PARTNERS, INC., a Delaware corporation, KLEAN W. HOLLYWOOD LLC, a California limited liability company, KLEAN LONG BEACH, WA, LLC, a Washington limited liability company, KLEAN ASTORIA-OR, LLC, an Oregon limited liability company, LA PINE KTC, LLC, an Oregon limited liability company, PORTLAND IOP, LLC, an Oregon limited liability company, KLEAN PHYSICIANS GROUP, LLC, a Washington limited liability company, KPG OREGON, LLC, an Oregon limited liability company, KPG ASTORIA LLC, an Oregon limited liability company, KPG CALIFORNIA, LLC, a California limited liability company, WHITE RABBIT PARTNERS, LLC (NV), a Nevada limited liability company, WHITE RABBIT PARTNERS, LLC (CA), a California limited liability company, WELL IN MIND, a California nonprofit corporation, ANDREW SPANSWICK, an individual, ALAN JASON COE, an individual, MARK HONZEL, an individual, and THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, an Indiana Domestic Insurance Corporation, Defendants. | Case No.: CV 18-9302-DMG (MRWx)<br><br>**STIPULATED JUDGMENT [92]**<br><br>JS-6 |

Upon consideration of the Settlement Agreement and Mutual Release (the "Settlement Agreement") entered into by, and among, Presidential Healthcare Credit Corporation ("PHCC" or "Plaintiff"), a Georgia corporation, and White Rabbit Partners, Inc., a Delaware corporation, Klean W. Hollywood LLC, a California limited liability company, Klean Long Beach, WA, LLC, a Washington limited liability company, Klean Astoria-OR, LLC, an Oregon limited liability company, La Pine KTC, LLC, an Oregon limited liability company, Portland IOP, LLC, an Oregon limited liability company, Klean Physicians Group, LLC, a Washington limited liability company, KPG Oregon, LLC, an Oregon limited liability company, KPG Astoria LLC, an Oregon limited liability company, and KPG California, LLC, a California limited liability company, (collectively, the "Borrowers"), Andrew Spanswick, Alan Jason Coe, Mark R. Honzel (the "Individual Guarantors"), and Well In Mind, a California nonprofit corporation White Rabbit Partners, LLC, a Nevada, Limited Liability Company and White Rabbit Partners, LLC, a California Limited Liability Company, (the "Corporate Guarantors" and collectively, with the Individual Guarantors the "Guarantors," and the Borrowers and the Guarantors, collectively, the "Defendants,") and the Declaration in Support of Entry of Stipulated Judgment submitted by Plaintiff, which Declaration was filed on May 10, 2019, and states that Plaintiff has not received the "Settlement Payment" as defined in the Settlement Agreement by the due date of May 8, 2019, JUDGMENT IS HEREBY ENTERED IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANTS, JOINTLY AND SEVERALLY, AS FOLLOWS:

Defendants are jointly and severally liable to Plaintiff and shall pay Plaintiff the total amount of $6,531,080.04 (the "Judgment Amount"), which is comprised of the following amounts:

The amount of $6,553,323.49 in principal, attorneys' fees and costs incurred by Plaintiff in seeking to enforce the Notes (as defined in the Settlement

Agreement) executed by Defendants in favor of Plaintiff through March 15, 2019, and interest thereon through February 28, 2019 owed under the Notes, less

$22,243.45 in accounts receivable collections received by Plaintiff during the Settlement Period as defined in the Settlement Agreement.

On or after May 9, 2019, Plaintiff is entitled to immediately surrender the Lincoln National Life Insurance Policy (the "Lincoln National Policy") issued to Defendant Alan J. Coe and to receive the cash surrender value of the Policy from Defendant Lincoln National Life Insurance Company ("Lincoln National"). Lincoln National is hereby ordered to pay the cash surrender value of the Lincoln National Policy to Plaintiff. The Judgment Amount shall be reduced by the Lincoln National Policy cash surrender value when such amount is actually received by Plaintiff.

IT IS SO ORDERED.

DATED: May 15, 2019

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE