| Case No. | **CV 18-9302-DMG (MRWx)** | Date | August 27, 2019 |
|---|---|---|---|

| Title | *Presidential Healthcare Credit Corporation v. White Rabbit Partners, Inc., et al.* | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS - ORDER TO SHOW CAUSE RE REQUEST FOR ORDER FOR SUBSTITUTE CUSTODIAN [143]**

On August 22, 2019, Plaintiff Presidential Healthcare Credit Corporation filed a Request for Order for Substitute Custodian, which seeks an order directing the U.S. Marshals Service to relinquish to Onyx Asset Advisors, LLC ("Onyx") certain property seized from the private premises of Defendant Andrew Spanswick. [Doc. # 143.] Plaintiff is **ORDERED TO SHOW CAUSE** why the Court should order the U.S. Marshals Service to transfer custody of the property in question to Onyx. Plaintiff shall file its response to this Order by **September 3, 2019**. The response shall include any legal authority supporting Plaintiff's request, along with evidence showing that Onyx is a qualified and proper custodian for the property.

**IT IS SO ORDERED.**